# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

CHRISTOPHER CASAL,                    CLOSED

    Plaintiff,

v.                                    CIVIL ACTION: 06-2887 (JAG)

BOROUGH OF DUNELLEN, et al.

    Defendants,                   O R D E R


It appearing that proceedings in the above matter has been administratively stayed,

It is on this 19th day of SEPTEMBER 2006,

ORDERED that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

                                      _____
                                      JOSEPH A. GREENAWAY, JR., U.S.D.J.