<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTOPHER CASAL, | |
| Plaintiff, | |
| v. | Civ. No. 06-2887 (JAG) |
| BOROUGH OF DUNELLEN, ET AL., | **ORDER** |
| Defendants. | |

<u>**BROWN, Chief Judge**</u>

IT IS THIS 9th day of December, 2010, hereby

ORDERED that pursuant to Local Civil Rule 40.1(e) this case is reassigned to the undersigned;

ORDERED that the Clerk of the Court REOPEN this case.

                                                       /s/ Garrett E. Brown, Jr.
                                                   GARRETT E. BROWN, JR., U.S.D.J.